**Exhibit A to the Complaint**

**Location:** Gaithersburg, MD  **IP Address:** 68.33.31.82
**Total Works Infringed:** 47  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A9215A0A8847A413DB63FD5F5315362B11BD1D28<br>File Hash: 6DB89B7BD7AD70F409AFCB4C62C484B5F5C9CE75138E0AB6E3BD431E011164AB | 07-10-2021 11:05:05 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 2 | Info Hash: 3DBFB209728269714404C410E09ED119BD9B7520<br>File Hash: 2ED4088FB54C936B0BA9E352DA550A0F528943113F496E6D288663DD4792EEF0 | 06-09-2021 11:04:29 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 3 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash: AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 06-08-2021 12:36:16 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 4 | Info Hash: 4CFBD118440CDABE312A8CFC01059F24115EF04A<br>File Hash: 53E1855F7C2327400807D4034808757BC2B3142E969B86668012FD02F572F005 | 05-29-2021 22:37:04 | Blacked | 07-29-2017 | 08-11-2017 | PA0002046872 |
| 5 | Info Hash: 6847C61731FEEE91BCEA722F319F942528143452<br>File Hash: C341AC9C48743BB856FA6440D26161FFEA7FCBFB3EE2AA9AC42C31DE4D0BD952 | 05-26-2021 10:18:35 | Vixen | 06-13-2018 | 07-14-2018 | PA0002128389 |
| 6 | Info Hash: D71F8A87C361C282A0F10A0E296840F2F3F519B6<br>File Hash: 4E4B783609E82E1347F31FB202A6AE00C0828CAB7E609219C95C654A68201BEF | 05-26-2021 10:18:02 | Blacked Raw | 07-11-2019 | 09-17-2019 | PA0002216212 |
| 7 | Info Hash: 7265958022999F806B9D481A90A6F89FD32A5202<br>File Hash: 1600CC87C4530C609205CFBAFA660F6B39499F0B9D00742383B63A9046DBF769 | 05-17-2021 12:45:05 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 8 | Info Hash: 35B5DD7564CC696A91D8A54E9CCC65E1EFDB58D3<br>File Hash: 6290AC3130D35E0CB22FF588CD554974EE9EC387F34981BE7C23AF2FB7657617 | 04-27-2021 12:24:04 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: EAF9FF84A688D8004E4519047F37014855B5FF4E<br>File Hash: 9E37F138BA0210D9E0B483CC2DFA6D31D99672AA2D2CCB74BAD0D9BD570B4E94 | 04-24-2021 07:15:07 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |
| 10 | Info Hash: D37A2B01D60EECD312ED98B20A68F76DAC3BFA65<br>File Hash: 68D733974B807C658E45BED191C64C8115312DA97BD04AC6B2C10B5172C5881F | 04-13-2021 09:25:28 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 11 | Info Hash: 83D2EED88C6681D044DB23C46A0921B9990D4A17<br>File Hash: DCBDDC4501CB08801EBDA74361F9980056C58AE609294A8ECC472866CC76B573 | 04-04-2021 22:58:47 | Vixen | 06-08-2017 | 07-07-2017 | PA0002070832 |
| 12 | Info Hash: B9293EC651C0779176DE748DC3D8D3F33F52F2AC<br>File Hash: B02ABEB280B593C2C3D815C48D101611BA97712310A4FBE92CA16EE97E11B8 | 04-04-2021 22:58:46 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 13 | Info Hash: 59232699F4AD1B949FE19954F077258955D3CBBA<br>File Hash: 4660E77C6F17D89689AB274E14BB9B62DB0B466FD966748A5FC178B7BDAA31CB | 04-04-2021 22:58:40 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 14 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 03-30-2021 02:54:14 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 15 | Info Hash: 3B99B788DE384A3707B08DE32352A2E0B6782F67<br>File Hash: 1437914021EB3B5E80255C42E875CBF93FE02C66436FD891254403793CEE9B5D | 03-16-2021 12:49:50 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 16 | Info Hash: 3B85E855CC70679FDAE9D7BAF9CDC1C9A03B7A6D<br>File Hash: 9810635604A5580A8BAC585BEFBAE555765496017C9CAC6AAAC5EC743DADE3D4 | 03-14-2021 12:00:40 | Tushy | 09-13-2017 | 10-10-2017 | PA0002086153 |
| 17 | Info Hash: 43319DCCB518B0A38AF2B73091DD74DE2D11F68C<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-13-2021 22:08:57 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E5F6F6F7B070355741DAE4035C0C092E23FE8963<br>File Hash: DB2AFFB4D7E4D1FB3B613D24A38C250BC3B41C6F8C69B4D9F9273A2C859A018F | 03-06-2021 21:17:08 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 19 | Info Hash: EC3D0A93B124156F4879DECF3F31D1939F597B7E<br>File Hash: 247F6A395391C06AF54F2802A908C6F5987B42D07342EF4C677887A50879BA1E | 03-06-2021 21:16:05 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 20 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 03-06-2021 21:15:56 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 21 | Info Hash: 26FB29DD9717D97C69243F42B46FE3AC0919DCB5<br>File Hash: 34C65E0282157D32FBA0B1120805511668DA7BC92AA21D52A121AFD523D907F8 | 02-21-2021 10:03:57 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 22 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02-06-2021 14:02:08 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 23 | Info Hash: FE1B5290193A13F3642F1D6FD536BF6E313D0FF6<br>File Hash: 66FFB9A362465AB618B6925BE3B0450E0F148A32D0FAD2BF9FFE8253636584C2 | 02-01-2021 10:54:19 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 24 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 01-31-2021 11:14:51 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 25 | Info Hash: C86CE4C8BFE027EF98E0365895612012AAE2216A<br>File Hash: 9FE6876489B06F55B98E0F498ADBF0A4BFF3518688F54A37CCDF38D77593D6BB | 01-17-2021 19:08:29 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 26 | Info Hash: C40521642AFDBF66DB5CF6A1A2E09FDEEE2F6B17<br>File Hash: 1B757CB737405617126DB46CC4E39CE8EF00F30EB73CFA08DF875AE72C788668 | 01-17-2021 18:55:51 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 67F488DD515E29A40055F8F1404D0D6494E02FF2<br>File Hash: 59EC2F593454F27DAEB3A96DBA004061119FB691481366D42AAB93CEDCBCC0E3 | 01-17-2021 18:53:22 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 28 | Info Hash: 7758276ADDB52F50BE2BED3D0963B008B6FE334E<br>File Hash: 92DC11A45AA30506D678BAC0DB524E2D477AB05969BBA7B0B8756D9DC03ABAB0 | 01-17-2021 15:37:27 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 29 | Info Hash: 59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-17-2021 15:25:13 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 30 | Info Hash: 04CF2901CDAEEDC6B4D011B0B8C3E65A18762337<br>File Hash: 0AB77A3F0D46748F548CAE0998134F33480F2CDD519953D87B5BC127610AF68E | 01-09-2021 10:09:28 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 31 | Info Hash: 8F6FE8B7D51C8251822C85471AEA290AB7B1D7B6<br>File Hash: B7B5686645624F553E09F83122DC7027ECE8F9E7CEC8C473873F218432A2219F | 01-03-2021 12:09:04 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 32 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 12-27-2020 11:29:59 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 33 | Info Hash: 0739ED4ED4585EA4AC5CD74CD4AE6287B6AE8D26<br>File Hash: A24B8FE396EF28AA27CAE4B6D3731651560F805C475FA7798C5D492E85381998 | 12-08-2020 10:03:21 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 34 | Info Hash: 92A81AABFB1BBFC15C0F7626CC21DFE005DD6A53<br>File Hash: CD520B27BEC366CB42707606E2CBCFCC3A6DFA185C5467B36265E2C21D089E15 | 11-28-2020 10:32:55 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 35 | Info Hash: CD74CD45F61A8B146697C70BFBFE4F64FA72D381<br>File Hash: 8065B59768D4CF09702397C070A5F07769FBF37C4E3F7E379F0FFB4076632C6C | 11-11-2020 11:09:04 | Vixen | 07-13-2017 | 08-10-2017 | PA0002046873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C9B2C936E84E86DBF516697F9C00ACFE737485D1<br>File Hash: 41B2536CC05F3384CD47E42A21E8BEC81612F6CE186CF284BDD5B85A624E09D6 | 11-11-2020 11:08:38 | Vixen | 08-12-2017 | 08-17-2017 | PA0002048373 |
| 37 | Info Hash: 53D2C6B50FED4C1F40932F8F00E4D03D4AF48B5E<br>File Hash: 3BBE5993591127CFA155ABF6E12F5A8E084CAEF91385AED2A4C743D6B67E1B20 | 11-08-2020 17:38:45 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 38 | Info Hash: 644302BAC3769813B2F159D15E7DE77BEE479C99<br>File Hash: 85BD7C369BC4A8C0D460B5A1FE2064DEE5DB6D0D36445188B7DDB21FC280C07A | 10-24-2020 21:34:20 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |
| 39 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-18-2020 08:38:11 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 40 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-04-2020 10:34:42 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 41 | Info Hash: 5F3F3797F103ECF6E54F645533B7AD54CE3ED07B<br>File Hash: 10C73EAE41A98F107FB3841993D6456FEF6A362C4B73E904D4CC89F693EB08E5 | 09-27-2020 18:54:25 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 42 | Info Hash: 9FA9BE0D2E00FE0956A87C745D5715F78B4137DC<br>File Hash: B98234250E84E226EF911E75D3D32FCE8F5A7E2690F84407609445403A5956A4 | 09-18-2020 09:28:30 | Vixen | 05-29-2018 | 07-14-2018 | PA0002128390 |
| 43 | Info Hash: 434CDEA9A4E461DA9DB9DF7E96C1F733C273AB05<br>File Hash: 69D7A044616B2F1F42B2ED49D9E68488BF7B87739F3D0F97BFA8FF6B5FEB8EFF | 09-16-2020 10:54:49 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 44 | Info Hash: 03D52E697A00A281E392524C4F70CBFABE3A775C<br>File Hash: 67B4C2D022D14B728F73162A1F712D6C42F38CF244E6382C50AE4673DB10131B | 09-15-2020 10:30:02 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: A46145E0FD10946ED6395AF7401551391ED902CA<br>File Hash: 1B8A7F105850D5E825E970EEABB87CB31F97C78ADDAEF7AF9C38C2373C74068A | 09-11-2020 03:25:07 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 46 | Info Hash: AB6CB223EC87C77E827F14656AA3F57151FA9F8E<br>File Hash: 2AAB2EBE94960B902CBA8524DFD5AB098DC42382C9CBC25DFB4133CA1F16FDCD | 09-07-2020 11:52:44 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 47 | Info Hash: 1A7CE2F3824928A2FD7ED3A66DF82FB62EA64580<br>File Hash: BAE68833FD88A6BDA2958393EB219FD61BF1F2E7B85AE8304924B60684C6BF9F | 09-03-2020 09:20:24 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |